UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMMI MICHELE PRESTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.　2:17-CV-00116-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Dimke's April 24, 2018 Report and Recommendation, ECF No. 17, recommending that this Court grant Defendant's Motion for Summary Judgment, ECF 15, and deny Plaintiff's Motion for Summary Judgment, ECF 14.  The deadline for filing objections was May 8, 2018. No objections have been filed.

After reviewing the Report and Recommendation, and relevant authorities, the Court finds the Magistrate Judge's findings are correct.  Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

**1.**　The Report and Recommendation, **ECF No. 17**, is **ADOPTED** in its entirety.

ORDER **-** 1

**2.** Plaintiff's Motion for Summary Judgment**, ECF 14,** is **DENIED**.

**3.** Defendant's Motion for Summary Judgment, **ECF 15,** is **GRANTED**.

**4.** The Clerk's office is directed to enter judgment in favor of the Defendant.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, provide copies to all counsel and Magistrate Judge Dimke and **CLOSE** this file.

**DATED** this 10th day of May 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge