# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Tammi Michele Preston | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner of Social Security | ) |
| | ) |
| *Defendant* | |

Civil Action No.   2:17-cv-00116-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion for Summary Judgment, ECF 14, DENIED.
Defendant's Motion for Summary Judgment, ECF 15, GRANTED.
Judgment in favor of the Defendant.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Salvador Mendoza, Jr.

Date:   5/10/18 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler